1022

**UNITED STATES of America v. Walter E. SKAGGS.**
No. 849.

Circuit Court of Appeals, Tenth Circuit.
April 11, 1933.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

R. M. Mountcastle, of Muskogee, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America v. Mabel WALLENBURN et al.**
No. 936.

Circuit Court of Appeals, Tenth Circuit.
Aug. 28, 1933.

Carl L. Sackett, U. S. Atty., of Cheyenne, Wyo.

William J. Wehrli, of Casper, Wyo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. Clyde B. WILLSEY, Appellee.**
No. 7238.

Circuit Court of Appeals, Ninth Circuit.
July 31, 1933.

Carl M. Donaugh, U. S. Atty., of Portland, Or.

Barge E. Leonard, of Portland, Or., for appellee.

Before SAWTELLE, Circuit Judge, and ST. SURE, District Judge.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

**UNITED STATES of America, Appellant, v. Sarah Jennie Wineberg WEISS, Beneficiary, etc.**
No. 9786.

Circuit Court of Appeals, Eighth Circuit.
July 19, 1933.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

Carl T. Self, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of counsel for appellant and consent of appellee.

**UNITED STATES of America v. Tom WISELEY.**
No. 782.

Circuit Court of Appeals, Tenth Circuit.
June 3, 1933.

D. E. Hodges, Asst. U. S. Atty., of Oklahoma City, Okl.

S. R. Harper, of Lawton, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed June 3, 1933, on motion of appellant.